IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR409 |
| | ) | |
| V. | ) | |
| | ) | |
| SHANE SEIZYS, EMMANUEL CHAPLAIN, DILANG DAT, THOMAS JONES-ROSS, | ) ) ) | SUPPLEMENTAL FINDINGS AND RECOMMENDATION |
| | ) | |
| Defendants. | ) | |
| | ) | |

    On August 10, 2015, the undersigned entered a Findings and Recommendation (filing 145), recommending that motions to suppress filed by Defendants Emmanuel Chaplain, Shane Seizys and Thomas Jones-Ross be denied in their entireties. The Findings and Recommendation inadvertently omitted reference to the specific filing number of one of Defendant Jones-Ross's motions to suppress. Therefore, for purposes of clarity, the undersigned reiterates his recommendation that both of Jones-Ross's motions to suppress (filing nos. 74 and 89) be denied in their entireties for the reasons previously stated.

    **IT IS SO ORDERED.**

    **DATED October 7, 2015.**

                                           **BY THE COURT:**

                                         **S/ F.A. Gossett**
                                         **United States Magistrate Judge**