# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | 8:14CR409 |
| vs. | ) ) | ORDER |
| **SHANE SEIZYS, EMMANUEL CHAPLAIN, DILANG DAT, THOMAS JONES-ROSS,** | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the government's Motion to Continue Trial [185]. The government's material witness is unavailable due to a medical emergency. The government is in the process of retesting the DNA and obtaining a new material witness. Good cause being shown,

**IT IS ORDERED** that the government's motion to continue trial is granted, as follows:

1. The jury trial now set for January 5, 2016 is continued to **March 14, 2016.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

A party may object to the magistrate judge's order by filing an "Statement of Objections to Magistrate Judge's Order" within 10 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED this 18th day of December, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**