IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:14CR409** |
| Plaintiffs, | |
| vs. | **ORDER** |
| SHANE SEIZYS, | |
| Defendant. | |

This matter is before the court on the defendant's Motion for Copies of "all transcripts, motion documents, discovery, and any other said papers filed" relating to his case (Filing No. 297). Upon review of the file, the Court notes that the defendant's criminal case is on appeal with the Eighth Circuit Court of Appeals, and the defendant is currently represented by counsel regarding this appeal. The defendant's Motion for Copies will therefore be denied.

**IT IS ORDERED:**

1.      The defendant's Motion for Copies [297] of "all transcripts, motion documents, discovery, and any other said papers filed" relating to his case is denied.

2.      The Clerk of Court shall mail a copy of this order to the defendant at his last known address.

Dated this 29th day of July, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge