IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:14CR409 |
| vs. | ORDER |
| SHANE SEIZYS, | |
| Defendant. | |

This matter is before the Court on the defendant's Motion for Documents (Filing No. 331) under the Freedom of Information Act ('FOIA"), 5 U.S.C. § 552 and accompanying Application to Proceed In Forma Pauperis (Filing No. 332).

Section 552 requires '[e]ach agency" to make available to the public certain records. However, the term "agency" in the Freedom of Information Act does not include the United States courts pursuant to 5 U.S.C. § 551(1)(B). The request is denied. Copies will therefore be denied.

The defendant is, of course, free to request copies of filings and to pay the costs of the same. Transcripts will not be prepared without completion of a request for transcript form, and prepayment for the requested transcript(s). The defendant must request copies of specific documents in the case in order for the paid copies to be provided. The Clerk's Office shall not be tasked with searching for "any and all documents, electronic or otherwise."

**IT IS ORDERED:**

1. The defendant's Motion for Documents (Filing No. 331) is denied insofar as the request is made pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The Application to Proceed In Forma Pauperis by a Prisoner (Filing No. 332) is denied as moot.

2. The defendant is, of course, free to request copies of filings and to pay the costs of the same. Transcripts will not be prepared without completion of a request for transcript form, and prepayment for the requested transcript(s). The defendant must request copies of specific documents in the case in order for the paid copies to be provided. The Clerk's Office shall not be tasked with searching for "any and all documents, electronic or otherwise."

3. The Clerk is directed to mail a copy of this order to the defendant at his last known address.

Dated this 13th day of June, 2017.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge