# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>SHANE SEIZYS<br><br>        Defendant. | 8:14CR409<br><br>JUDGMENT |

In accordance with the Memorandum and Order issued this day,

IT IS ORDERED:

1. Defendant Shane Seizys's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 382, is denied;

2. Defendant Shane Seizys's Motion to Extend, ECF No. 381, and Motion to Compel, ECF No. 380, are denied as moot;

3. The Clerk will mail a copy of this Judgment to Defendant Shane Seizys at his last known address.

Dated this 28th day of June, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge