IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SHANE SEIZYS,<br><br>　　　　　　　　Defendant. | 8:14-CR-409<br><br>ORDER ON MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL |

Presently before the Court is the defendant's Motion for an Extension of Time to File a Notice of Appeal. Filing 582. The defendant seeks to appeal the Court's previous Order denying his Motion for a Reduced Sentence pursuant to 18 U.S.C. § 3582(c)(2) based on retroactive application of Amendment 821 to the U.S. Sentencing Guidelines. Filing 580. The defendant explains that circumstances of his incarceration have delayed his ability to communicate with defense counsel about his appeal. Filing 582. Federal Rule of Appellate Procedure 4(b)(4) provides, "Upon a finding of excusable neglect or good cause, the district court may--before or after the time has expired, with or without motion and notice--extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)." Because the Court finds that the defendant has good cause for an extension, his Motion is granted. Accordingly,

　　IT IS ORDERED:

　　1. The defendant's Motion for an Extension of Time to File a Notice of Appeal, Filing 582, is granted;

　　2. The defendant shall file a Notice of Appeal no later than December 5, 2024.

Dated this 13th day of November, 2024.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge
